# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0894

———————————————

RICKIE E. WILDER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

October 2, 2018

PER CURIAM.

Appellant's notice, filed February 20, 2018, is untimely and ineffective to invoke the Court's jurisdiction to review the "Order Denying Defendant's Appeal," rendered September 26, 2017. *See* Fla. R. App. P. 9.100(c). Accordingly, this proceeding is hereby dismissed.

OSTERHAUS and WINSOR, JJ., concur; MAKAR, J., concurs with opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

MAKAR, J., concurring.

I concur, noting that Appellant's remedy, if any, is by petition for belated review filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

_____

Rickie E. Wilder, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.